U.S. MARSHALS-GUAM
RECEIVED
'05 JUN 29 AM 10:01

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

LAW LI MEI

**WARRANT FOR ARREST**

Case Number: CR-05-00055-002

**FILED**
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LAW LI MEI _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

FALSE USE OF A PASSPORT (COUNT 1 and 2)

in violation of Title __18__ United States Code, Section(s) __1543__

MARILYN B. ALCON
Name of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

6/29/2005
Date

Hagatna, Guam
Location

ORIGINAL

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Guam International Airport

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06-29-05 | Walter Gray, TFA (SDUSM) | |
| DATE OF ARREST 09-21-05 | | |

Case 1:05-cr-00055   Document 6   Filed 09/22/2005   Page 1 of 1