JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant LAW LI MEI

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR05-00055 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST FOR HEARING ON INTENT TO CHANGE PLEA OF NOT GUILTY TO GUILTY** |
| BENNY LAW BOON LENG and LAW LI MEI, | ) | |
| Defendants. | ) | |

COMES NOW, Defendant LAW LI MEI, through counsel Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., and requests that the Court set a hearing for a Change of Plea wherein the Defendant intends to change her plea of "Not Guilty" to that of "Guilty."

Dated at Hagåtña, Guam: October 18, 2005.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant LAW LI MEI

JOAQUIN C. ARRIOLA, JR.

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, a copy of the Request for Hearing on Intent to Change Plea of Not Guilty to Guilty was served upon Plaintiff United States of America by hand-delivering a copy thereof to:

>KARON JOHNSON, ESQ.
>Assistant U.S. Attorney
>United States Attorney's Office
>Criminal Division
>Suite 500, Sirena Plaza
>108 Hernan Cortez Avenue
>Hagåtña, Guam 96910

Dated at Hagåtña, Guam: October 18, 2005.

>ARRIOLA, COWAN & ARRIOLA
>Counsel for Defendant LAW LI MEI
>
>_____
>JOAQUIN C. ARRIOLA, JR.