**JOAQUIN C. ARRIOLA, JR., ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant LAW LI MEI

FILED
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR05-00055 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING HEARING ON CHANGE OF PLEA** |
| BENNY LAW BOON LENG and LAW LI MEI, | ) | |
| Defendants. | ) | |

The Court hereby grants Defendant LAW LI MEI's request for a Change of Plea Hearing. The Defendant is ordered to appear on _____OCT 2 0 2005_____, 2005, at 10:15 a.m., or as soon thereafter as the matter may be heard, before the District Court of Guam, 4th Floor, U.S. Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam, to enter her plea of guilty.

SO ORDERED on this __18th__ day of October, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**ORIGINAL**