IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


**FILED**
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00055**  **DATE: October 20, 2005**

*****

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                        Courtroom Deputy: Leilani Toves Hernandez
**Hearing Electronically Recorded: 10:28:30 - 11:03:28**           CSO: L. Ogo

*****APPEARANCES*****

**DEFT: LAW LI MEI**                                    **ATTY: JACQUELINE TERLAJE for J. Arriola**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                            AGENT:

U.S. PROBATION: JUDY OCAMPO                             U.S. MARSHAL: G. PEREZ

INTERPRETER: FOO MEE CHUN CLINARD                       LANGUAGE: MANDARIN

*****

**PROCEEDINGS:    CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED, _____ ATTORNEY APPOINTED:
( X ) DEFENDANT SWORN AND EXAMINED:   AGE: 26   SCHOOL COMPLETED: 6 YEARS
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES THE
      DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: FALSE USE OF PASSPORT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: NO WRITTEN PLEA AGREEMENT   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*

( X ) SENTENCING DATE: FEBRUARY 7, 2006 at 10:00 A.M.
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: 12/13/2005   DUE TO THE COURT: 01/20/2006

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*

**NOTES:**

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. Defendant entered a straight up guilty plea, no written plea agreement was filed. Defense counsel advised the Court that the defendant's name is Li Mei Law. The Court stated that the pleadings will be amended to reflect the change. The Court executed the Report and Recommendation Concerning Plea of Guilty.

Defense requested for an expedited sentencing date. The Court advised counsel to confer with the probation office and notify the Court if the hearing can be moved to an earlier date.

Courtroom Deputy: _____