# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Law Li Mei,<br><br>    Defendant. | Case No. 1:05-cr-00055-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Minute Entry – Change of Plea, Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge, Report and Recommendation filed October 20, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Joaquin C. Arriola, Jr.* | *U.S. Probation Office* |
|---|---|---|
| *October 21, 2005* | *October 21, 2005* | *October 21, 2005 (Minute Entry)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Minute Entry – Change of Plea, Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge, Report and Recommendation filed October 20, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 23, 2005            /s/ Marilyn B. Alcon
                           Deputy Clerk