ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE TAITANO TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant LAW LI MEI

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BENNY LAW BOON LENG and<br>LAW LI MEI,<br><br>    Defendants. | CRIMINAL CASE NO. CR05-00055<br><br>**STIPULATION FOR EXPEDITED**<br>**SENTENCING OF DEFENDANT**<br>**LAW LI MEI** |

IT IS HEREBY STIPULATED AND AGREED by and between parties herein that the sentencing of Defendant **LAW LI MEI**, be expedited. Defendant **LAW LI MEI's** sentencing is currently scheduled for February 7, 2006, at 10:00 a.m.

IT IS SO STIPULATED.

ARRIOLA, COWAN & ARRIOLA
Defendant LAW LI MEI

Dated: 11/21/05

JACQUELINE TAITANO TERLAJE, ESQ.

OFFICE OF THE UNITED STATES ATTORNEY
Counsel for Plaintiff United States of America

Dated: 11/22/05

MARIVIC P. DAVID