JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE TAITANO TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant LAW LI MEI

**FILED**
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR05-00055 |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT LAW LI MEI'S** |
| ) | **ADOPTION OF THE** |
| BENNY LAW BOON LENG and ) | **PRE-SENTENCE REPORT** |
| LAW LI MEI, ) | |
| Defendants. ) | |

COMES NOW **Defendant LAW LI MEI** ("Defendant"), through counsel Arriola, Cowan & Arriola, by Jacqueline Taitano Terlaje, Esq., and hereby adopts the Pre-Sentence Investigation Report served on Defendant on November 18, 2005. Defendant also concurs with the sentencing recommendation of the U.S Probation Office of credit for time served.

Dated at Hagåtña, Guam: November 22, 2005.

ARRIOLA, COWAN & ARRIOLA
Defendant LAW LI MEI

_____
JACQUELINE TAITANO TERLAJE, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2005, a copy of the **DEFENDANT LAW LI MEI'S ADOPTION OF THE PRE-SENTENCE REPORT**, was served, via hand delivery, upon the following:

**MARIVIC P. DAVID, ESQ.**
Assistant U. S. Attorney
United States Attorney's Office,
   Criminal Division
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

**F. MICHAEL CRUZ**
Chief Probation Officer
United States Probation Office
520 W. Soledad Avenue
Hagåtña, Guam 96910

Dated at Hagåtña, Guam: November 22, 2005.

ARRIOLA, COWAN & ARRIOLA
Defendant LAW LI MEI

_____
**JACQUELINE TAITANO TERLAJE, ESQ.**