**JOAQUIN C. ARRIOLA, JR., ESQ.**
**JACQUELINE TAITANO TERLAJE, ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant LI MEI LAW

FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BENNY LAW BOON LENG and <br> LI MEI LAW, <br><br> Defendants. | CRIMINAL CASE NO. CR05-00055 <br><br> ***ERRATA*** <br> **STIPULATION FOR EXPEDITED** <br> **SENTENCING OF DEFENDANT** <br> **LI MEI LAW** |

COMES NOW **Defendant LI MEI LAW** ("Defendant"), through undersigned counsel by Joaquin C. Arriola, Jr., Esq., and hereby submits this Errata on the Stipulation for Expedited Sentencing of Defendant Li Mei Law. The correct caption is "United States of America vs. Benny Law Boon Leng and Li Mei Law".

Dated at Hagåtña, Guam: November 22, 2005.

          **ARRIOLA, COWAN & ARRIOLA**
          Defendant LI MEI LAW

          _____
          **JOAQUIN C. ARRIOLA, JR.**