JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE TAITANO TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant LI MEI LAW

FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00055 |
| Plaintiff, | |
| vs. | *ERRATA* <br> **DEFENDANT LI MEI LAW'S ADOPTION OF THE PRE-SENTENCE REPORT** |
| BENNY LAW BOON LENG and LI MEI LAW, | |
| Defendants. | |

COMES NOW **Defendant LI MEI LAW** ("Defendant"), through undersigned counsel by Joaquin C. Arriola, Jr., Esq., and hereby submits this Errata on the Defendant Li Mei Law's Adoption of the Pre-Sentence Report. The correct caption is "United States of America vs. Benny Law Boon Leng and Li Mei Law".

Dated at Hagåtña, Guam: November 22, 2005.

ARRIOLA, COWAN & ARRIOLA
Defendant LI MEI LAW

_____
JOAQUIN C. ARRIOLA, JR.