# ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

NOV 22 2005

MARY L.M. MORAN
CLERK OF COURT

1 limeilawpsr

2 LEONARDO M. RAPADAS
United States Attorney
3 KARON V. JOHNSON
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
5 Hagåtña, Guam 96910
TEL: (671) 472-7332
6 FAX: (671) 472-7334

7 Attorneys for the United States of America

8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE TERRITORY OF GUAM

10

11 UNITED STATES OF AMERICA,       ) CRIMINAL CASE NO. 05-00055-02
                                   )
12                    Plaintiff,   )
                                   )
13          vs.                    ) **GOVERNMENT'S STATEMENT**
                                   ) **ADOPTING FINDINGS OF**
14 LI MEI LAW,                     ) **PRESENTENCE REPORT**
                                   )
15                    Defendant.   )
_____  )

16

17      Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the

18 United States hereby adopts the findings of the Presentence Report for the above defendant.

19      Respectfully submitted this __21__ day of November 2005.

20                                      LEONARDO M. RAPADAS
                                        United States Attorney
21                                      Districts of Guam and NMI

22

23                        By:     _____
                                        KARON V. JOHNSON
24                                      Assistant U.S. Attorney

25

26

27

28