JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE TAITANO TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant LI MEI LAW

**FILED**
DISTRICT COURT OF GUAM
NOV 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR05-00055 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| BENNY LAW BOON LENG and ) LI MEI LAW, ) | |
| Defendants. ) | |

I hereby certify that on November 22, 2005, a copy of the **(1) *ERRATA* DEFENDANT LI MEI LAW'S ADOPTION OF THE PRE-SENTENCE REPORT; and (2) *ERRATA* STIPULATION FOR EXPEDITED SENTENCING OF DEFENDANT LI MEI LAW**, were served, via hand delivery, upon **MARIVIC P. DAVID, ESQ.**, Assistant U. S. Attorney, United States Attorney's Office, Criminal Division, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

Dated at Hagåtña, Guam: November 22, 2005.

ARRIOLA, COWAN & ARRIOLA
Defendant LAW LI MEI

_____
JOAQUIN C. ARRIOLA, JR., ESQ.