JOAQUIN C. ARRIOLA, JR., ESQ.
JACQUELINE TAITANO TERLAJE, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant LI MEI LAW

FILED
DISTRICT COURT OF GUAM
NOV 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00055 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER RE: |
| | ) EXPEDITED SENTENCING OF |
| BENNY LAW BOON LENG and | ) DEFENDANT LI MEI LAW |
| LI MEI LAW, | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Sentencing of **Defendant LI MEI LAW** be and hereby is rescheduled from February 7, 2006, Monday, December 5, 2005 at 10:30 a.m.

SO ORDERED this 23rd day of November 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**