IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**



FILED
DISTRICT COURT OF GUAM
DEC -5 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. CR-05-00055-002**          **DATE: 12/5/2005**

***

HON. D. LOWELL JENSEN, Designated Judge, Presiding          Law Clerk: Cheryl Kahn
Court Reporter: Wanda Miles                                                 Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:39:03 - 10:46:27**          CSO: B. Pereda

*********************APPEARANCES*************************

**DEFT:  LI MEI LAW**                                                        **ATTY :  JACQUELINE TERLAJE for J. Arriola**
( X ) PRESENT   ( X ) CUSTODY   (  ) BOND   (  ) P.R.          ( X ) PRESENT  (  ) RETAINED  (  ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY:  KARON JOHNSON                              AGENT:

U.S. PROBATION: JUDY OCAMPO                                  U.S. MARSHAL:  V. ROMAN / G. PEREZ

INTERPRETER:   FOO MEE CHUN CLINARD                    LANGUAGE:  MANDARIN

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:   8      Total offense level:   6      Criminal History Category: I

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Adopted the presentence report and the guideline range.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Concurred with the recommendation of the presentence investigation report.

(  ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


NOTES/OTHER MATTERS:

SENTENCE:   CR-05-00055-002                           DEFENDANT: LI MEI LAW

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  TIME SERVED FOR COUNTS I AND II WHICH SHALL RUN CONCURRENTLY.

(  )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF THREE YEARS FOR COUNT I AND THREE YEARS FOR COUNT II WHICH SHALL RUN CONCURRENTLY.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL OBEY ALL FEDERAL, STATE AND LOCAL LAWS.

2. DEFENDANT SHALL COMPLY WITH ALL THE STANDARD CONDITIONS OF RELEASE AS SET FORTH IN THE SENTENCING GUIDELINES.

3. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

4. DEFENDANT SHALL NOT POSSESS OR USE ANY ILLEGAL CONTROLLED SUBSTANCES.

5. DEFENDANT SHALL SUBMIT TO ANY DRUG TESTING WITHIN 15 DAYS OF RELEASE FROM CUSTODY, AND EIGHT DRUG TESTS PER MONTH THEREAFTER.

6. DEFENDANT IS A CITIZEN OF MALYASIA AND SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS.  AS A FURTHER CONDITION OF SUPERVISED RELEASE, THE DEFENDANT SHALL REMAIN OUTSIDE AND SHALL NOT RETURN TO THE UNITED STATES WITHOUT THE WRITTEN CONSENT OF THE SECRETARY OF HOMELAND SECURITY.

7. DEFENDANT SHALL COOPERATE IN THE COLLECTION OF DNA AS DIRECTED BY U.S. LAW THROUGH THE U.S. PROBATION OFFICE.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $200.00 TO BE PAID IMMEDIATELY.

ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT ADVISED OF HER APPEAL RIGHTS.  DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL PENDING DEPORTATION PROCEEDINGS.