# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>                  Plaintiff,<br><br>vs.<br><br>Li Mei Law,<br><br>                  Defendant. | Case No. 1:05-cr-00055-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and Notice of Entry filed December 7, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Joaquin C. Arriola, Jr.* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *December 8, 2005* | *December 8, 2005* | *December 8, 2005* | *December 8, 2005* |
| *December 8, 2005* | *December 8, 2005* | | |
| *(Notice of Entry)* | *(Notice of Entry)* | | |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and Notice of Entry filed December 7, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 8, 2005                          /s/ Marilyn B. Alcon
                                                                                      Deputy Clerk